D+F


FILED
IN CLERKS OFFICE
U.S. DISTRICT ... N.Y:
JAN 10
P.M. _____
TIME A.M. _____

# MEMORANDUM
## TO THE HONORABLE BRIAN M. COGAN
### United States District Judge

RE: Alexander Botero
DOCKET NO.: 07-CR-689-01
SENTENCE DATE: January 18, 2007

On September 12, 2007, the defendant pleaded guilty before Your Honor to a narcotics offense and the presentence investigation was assigned to Senior U.S. Probation Officer Amy Preston.

Due to Officer Preston's case load and medical leave, she has been unable to timely complete the presentence investigation, causing a delay in this case. As such, we respectfully request a six-week adjournment of the sentence date. We apologize for the inconvenience.

Respectfully Submitted,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Carol Sewell Rhoden
Supervising U.S. Probation Officer
(347) 534-3727

Date: January 4, 2008

cc: Matthew S. Amatruda, Esq.
Assistant United States Attorney

Martin Goldberg, Esq.
Defense Attorney

c/M: Prob.

Page 2
Alexander Botero


**X** Adjournment Request Granted

____ Adjournment Request Denied

Comments: _____New date: 2/29/08 @ 2:45_____
_____

___s/ BMC_____    _1/1/08_
The Honorable Brian M. Cogan    Date
United States District Judge